NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-732

STATE OF LOUISIANA

VERSUS

REGGIE SMITH

**********
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 98-1422
HONORABLE GERARD B. WATTIGNY, PRESIDING

*************
**SYLVIA R. COOKS**
**JUDGE**
*************

Court composed of Sylvia R. Cooks, John D. Saunders and Oswald A. Decuir, Judges.

**AFFIRMED.**

**J. Phil Haney, District Attorney**
**Walter J. Senette, Jr., Assistant District Attorney**
**Courthouse, 5ᵗʰ Floor**
**Franklin, LA 70538**
**(337) 828-4100**
**COUNSEL FOR APPELLEE:**
      **State of Louisiana**

**Alicia Johnson Butler**
**808 Center Street**
**P.O. Box 9097**
**New Iberia, LA 70562**
**(337) 369-3323**
**COUNSEL FOR DEFENDANT-APPELLANT:**
      **Reggie Smith**